UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert Weiss,                                                                    Civil No. 08-511 (PAM/RLE)

    Plaintiff,

v.                                                                                              **ORDER**

M.D. Jim Dey, Joyce Anderson
Warden R. Rios, and Harley Lappin,

    Defendants.

_____

The above matter comes before the Court on the Report and Recommendation ("R&R") of Chief United States Magistrate Judge Raymond L. Erickson dated April 4, 2008, that this action be dismissed both for failure to comply with a court Order regarding payment of a partial filing fee and for lack of prosecution. The R&R further recommended that Plaintiff's Application to Proceed In Forma Pauperis be denied as moot. No objections to the R&R were filed in the time period allowed. Based on the R&R and the files, records and proceedings herein, **IT IS HEREBY ORDERED** that**:**

1.     The R&R (Docket No. 5) is **ADOPTED**;

2.     Plaintiff's Application to Proceed In Forma Pauperis (Docket No. 3) is **DENIED** as moot; and

3.     This matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Thursday, May 8, 2008

                                           *s/ Paul A. Magnuson*
                                           Paul A. Magnuson
                                           United States District Judge